74 F.3d 1226
 Federal Insurance Company, Subrogee of Mutual Group, Ltd.,
N.R.G. America Holding Co. d/b/a Philadelphia Reinsurance
Company, N.R.G. American Holding Co. d/b/a N.R.G. American
Life, Wertheim Schroder & Co. Inc., Paine Webber Group,
Inc., Goldman Sachs & Co., Scudder, Stevens & Clark, Inc.,
Pitcairn Private Bank, Palmieri Co., 1838 Investment
Advisors, Eastern Telelogic, Mark Goldman, Estate of Herbert
Goldman, Joseph Fillmore, Paul Marino, William Wall, Edward
F. Mannino, Patricia
 NO. 95-1302
 United States Court of Appeals,
Third Circuit.
 Dec 05, 1995
 
 Appeal From: E.D.Pa., No. 92-cv-04177,
 Buckwalter, J.,
 
 Appealing after remand 12 F.3d 1270
 
 1
 AFFIRMED.